

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/15/2013 02:30 PM

COURTROOM 6B, 6th Floor

HONORABLE ARTHUR BRISKMAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:12-bk-07331-ABB | 13 | 05/29/2012 |

Chapter 13

**DEBTOR:** Francisco Nieves

Shirley Solis-Nieves

**DEBTOR ATTY:** Chmari Anderson

**TRUSTEE:** Laurie Weatherford

**HEARING:**

1) Confirmation Hearing
    Amended Chapter 13 Plan (Doc #26)
    *2) Objection by Trustee to Attorney Fees and Request for Hearing (Doc #44)
    Note: 30 days to file motion to strip lien, provide tax returns, etc

**APPEARANCES:**:
Wayne Spivak: Trustee; Chmari Anderson: D'or atty.

**RULING:**
1) Confirmation Hearing

Amended Chapter 13 Plan (Doc #26) - Confirmed subject to Order being entered on Motion to Strip Lien and Claim being filed for Capital One within 14 days.

*2) Objection by Trustee to Attorney Fees and Request for Hearing (Doc #44) - Sustained: Order by Trustee.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.